# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 981
:
APPOINTMENT TO JUDICIAL : SUPREME COURT RULES DOCKET
CONDUCT BOARD :
:

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of March, 2024, William J. Joyce, Sr., Luzerne County, is hereby appointed as a member of the Judicial Conduct Board for a term of four years, commencing June 20, 2024.